IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST
RUINING OUR ENVIRONMENT, *et al.*,

      Plaintiffs,

v.                                                                          Civ. No. 22-804 JHR/KK

UNITED STATES BUREAU OF
LAND MANAGEMENT, *et al.*,

      Defendants.

## ORDER AMENDING INITIAL SCHEDULING ORDER AND VACATING INITIAL SCHEDULING CONFERENCE

THIS MATTER is before the Court *sua sponte* on a review of the record. The Court hereby amends the Initial Scheduling Order entered on November 16, 2022 (Doc. 13) as follows.

IT IS ORDERED that:

1. Counsel are to meet and confer no later than **Wednesday, December 14, 2022**, to discuss proposed deadlines for filing dispositive motions, producing the administrative record, requesting to supplement the record, objecting to the record, and briefing the merits of Plaintiffs' appeal, as well as any other matters relevant to scheduling in this case, including which procedural rules should govern such matters;

2. No later than **Tuesday, December 27, 2022**, the parties are to file a Joint Status Report setting forth: (a) their agreed-upon or dueling proposed schedule(s); (b) any agreements or disagreements regarding the procedural rules that should govern scheduling in this case, including whether the case should be subject to a typical scheduling order under Federal Rule of Civil Procedure 16(b); (c) any other proposals regarding how the case should proceed; and, (d)

whether one or more parties request that the Court hold a telephonic status conference to address any of the foregoing matters;

3. The Rule 16 Initial Scheduling Conference previously set for January 4, 2023, is hereby VACATED;

4. Pursuant to Local Rule 73.1(b), the deadline for the parties to voluntarily consent to the assigned presiding United States Magistrate Judge remains **Wednesday, December 28, 2022**. D.N.M. LR-Civ. 73.1(b); and,

5. All provisions of the Initial Scheduling Order not modified by this Order remain in effect.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE