IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Federal Defendants. | Case No. 1:22-cv-00804-JHR-KK |

**ORDER GRANTING JOINT MOTION
TO EXTEND DEADLINE FOR JOINT STATUS REPORT**

This matter comes before the Court on the Parties' Joint Motion to Extend Deadline for Joint Status Report. The Court finds the Motion well-taken and GRANTS the Motion.

IT IS HEREBY ORDERED that:

The December 27, 2022 deadline for the Parties to file a Joint Status Report proposing a schedule for this case is EXTENDED and the December 27, 2022 deadline for Federal Defendants to respond to Plaintiffs' Petition for Review of Agency Action (ECF No. 1) is VACATED.  The Parties shall file a Joint Status Report 21 days after the Bureau of Land Management issues a new final decision on the 28 APDs that it is currently reconsidering as part of the Ford Development Project. The Parties' Joint Status Report shall propose a schedule for resolving this case, including a deadline for any Amended Petition for Review of Agency Action and a deadline for Federal Defendants' response to any such Amended Petition or, should Plaintiffs decide not to amend their petition, to the original Petition (ECF No. 1).

If the Parties have not filed a Joint Status Report proposing a schedule for resolving this case on or before March 3, 2023, they shall file a Joint Status Report by that date (March 3, 2023) regarding the status of BLM's decision-making process.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Reviewed and approved by Plaintiffs and Federal Defendants.

/s/ *Allyson Beasley*
ALLYSON BEASLEY
Attorney
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
Phone: 575-224-6260
beasley@westernlaw.org

*Counsel for Plaintiffs*

/s/ *Clare Boronow*
CLARE BORONOW
Environment and Natural Resources Division
United States Department of Justice
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1362
clare.boronow@usdoj.gov

*Counsel for Federal Defendants*