IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING
OUR ENVIRONMENT, et al.,

    Plaintiffs,

  v.

U.S. BUREAU OF LAND MANAGEMENT,
et al.,

    Federal Defendants.

Case No. 1:22-cv-00804-WJ-KK

**ORDER SETTING DEADLINE FOR JOINT STATUS REPORT**

This matter comes before the Court on the Parties' Joint Status Report, filed on March 3, 2023. (Doc. 24.)

In December 2022, the Court ordered the parties to file a joint status report 21 days after the Bureau of Land Management issues a new final decision on the 28 APDs that it is currently reconsidering as part of the Ford Development Project. (Doc. 19.) The joint status report must propose a schedule for resolving this case, including a deadline for any Amended Petition for Review of Agency Action and a deadline for Federal Defendants' response to any such Amended Petition or, should Plaintiffs decide not to amend their petition, to the original Petition (ECF No. 1). The Court further ordered that, if the Parties had not filed a joint status report proposing a schedule for resolving this case by March 3, 2023, they must file a joint status report regarding the status of BLM's decision-making process by that date.

In compliance with that order, the parties filed a Joint Status Report (Doc. 24) on March 3, 2023, in which they request that the deadlines fixed by the Court (Doc. 19) remain in effect and that the Court fix a deadline for another joint status report in June 2023.

1

IT IS THEREFORE ORDERED that, if the Parties have not filed a joint status report proposing a schedule for resolving this case on or before **June 30, 2023**, they shall file a joint status report regarding the status of BLM's decision-making process by **June 30, 2023**, and every three months thereafter.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE